# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA | **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>106 RIVER FALLS DRIVE<br>DUNCAN, SC 29334<br>(864) 433-1511<br>FAX (864) 433-1519<br>Edward_Smith@ca4.uscourts.gov | **CYNTHIA MABRY-KING**<br>CIRCUIT MEDIATOR<br>GREENBELT, MARYLAND |

June 9, 2017

Re: 17-1638, Volvo Group North America, LLC v. Truck Enterprises, Incorporate

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

    This letter will confirm that the mediation conference has been rescheduled for Friday, June 30, 2017 at 9:00am EASTERN time.

    Thank you for your assistance in this matter.

Sincerely,

Edward G. Smith
Chief Circuit Mediator

Copies:   Edward Victor Arnold
              Mark Bowman Callahan
              Michael G. Charapp
              James Chafel McGrath
              Elizabeth Anne Scully
              Thomas D. Warren
              Brad D. Weiss